UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD PIERSON,

        Petitioner,                Case No. 17-cv-11171
                                                    Hon. Matthew F. Leitman

v.

SHIRLEE HARRY,

        Respondent.
_____/

## **JUDGMENT**

The above-entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DENIED** and **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that permission to appeal *in forma pauperis* is **GRANTED**.

                                          KINIKIA ESSIX
                                          CLERK OF COURT

                         By:    s/Holly A. Ryan
                                  Deputy Clerk

Approved:

s/Matthew F. Leitman                         
MATTHEW F. LEITMAN                   Dated: January 25, 2022
United States District Judge                   Detroit, Michigan